UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PEARL BEALE, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-0959 (RMU/JMF) |
| | ) | |
| THE DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PARTIES' JOINT MOTION TO STAY BRIEFING
ON DEFENDANTS' PENDING MOTIONS**

All parties to this action — plaintiffs Pearl Beale and Bradley Autman and defendants District of Columbia, Odie Washington, Marvin Brown, Steven Smith, and Dennis Harrison — by their undersigned counsel, hereby submit this motion pursuant to their telephone conference with Chambers on Friday, July 8, 2005, to memorialize that conference.

The parties agree to stay briefing on defendants' Amended Motion for Judgment on the Pleadings and/or for Summary Judgment, filed June 30, 2005, and Motion To Stay Discovery, filed July 6, 2005, until after the parties' mediation with Magistrate Judge John M. Facciola on Monday, August 15, 2005, at 2:00 p.m. Following the mediation, the parties will ask this Court to set a briefing schedule for plaintiffs' responses to defendants' motions. Plaintiffs believe that a schedule should be established in accordance with the May 31, 2005 Scheduling Order, which requires oppositions to dispositive motions to be submitted by March 22, 2006, and that defendants' Motion To Stay Discovery should therefore be denied as moot. Defendants dispute the applicability of the March 22, 2006 deadline and believe that: (1) plaintiffs should be required to respond to their dispositive motion at an earlier date, in accordance with Fed. R. Civ. P. 56, and (2) discovery should be stayed pending resolution of that motion. Should this case

not be resolved at mediation, plaintiffs intend to explain their position to the Court in more detail, while defendants intend to request the Court to schedule plaintiffs' response to their motions thirty (30) days after the mediation.

The parties also attach a proposed order.

Respectfully submitted,

| | |
|---|---|
| ROBERT J. SPAGNOLETTI<br>Attorney General For the District of Columbia<br><br>GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division<br><br>PATRICIA A. JONES<br>Chief, General Litigation, Section IV<br><br>_____/s/_____<br>GEORGE RICKMAN<br>Assistant Attorney General<br>Bar Number: 433298<br>441 – 4th Street, N.W., 6th Floor North<br>Washington, D.C. 20001<br>(202) 442-9840; (202) 727- 6295<br>Email: rickman.george@dc.gov<br><br>*Attorneys for Defendants* | _____/s/_____<br>Edward H. Rippey (DC Bar No. 450462)<br>Timothy L. Jucovy (DC Bar No. 481470)<br>Jenny C. Ellickson (DC Bar. No. 489905)<br>COVINGTON & BURLING<br>1201 Pennsylvania Ave., NW<br>Washington, DC  20004-2401<br>Phone: (202) 662-5861<br>Fax:    (202) 778-5861<br><br>Douglas R. Sparks (DC Bar No. 296921)<br>SPARKS & SILBER, LLP.<br>3221 M Street, NW<br>Washington, DC  20007<br>Phone: (202) 338-0687<br>Fax:    (202) 333-0858<br><br>Philip Fornaci (DC Bar No. 434824)<br>Ivy Lange (DC Bar No. 488147)<br>DC Prisoners' Legal Services Project, Inc.<br>2639 Connecticut Avenue, NW, Suite 225<br>Washington, DC 20008<br>Phone: (202) 775-0323<br>Fax:    (202) 775-0315<br><br>*Attorneys for Plaintiffs* |

Dated: July 15, 2005