UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PEARL BEALE, et al.,**            ) | |
|           **Plaintiffs,**    ) | |
| )  | |
| v.            ) | Civil Action No. 04-959 (RMU/JMF/AK) |
| ) | |
| **THE DISTRICT OF COLUMBIA, et al.,**    ) | |
| ) | |
|           **Defendants.**    ) | |
| ) | |

**PLAINTIFFS' MOTION TO ENFORCE SUBPOENA
AND COMPEL DEPOSITION OF MELVIN REESE**

Plaintiffs Pearl Beale and Bradley Raymond Autman, through their undersigned counsel, hereby move this Court for entry of an order enforcing the subpoena served on non-party Melvin Reese and compelling Mr. Reese's deposition pursuant to Federal Rules of Civil Procedure 30 and 45. In support of this motion, Plaintiffs offer the following Statement of Points and Authorities:

**FACTUAL BACKGROUND**

Melvin Reese is a former correctional officer for the District of Columbia Department of Corrections. Mr. Reese was assigned to the District of Columbia Jail on December 11, 2002, and responded to an emergency call in the Southeast One housing unit. *See* Exhibit 1. There, he observed Plaintiff Beale's son, Givon Pendleton, lying fatally wounded on the floor as the unit was being locked down. *Id.* Mr. Reese also apprehended Mr. Pendleton's assailant. *Id.* Because Plaintiff Beale's claims in this litigation are based on her son's murder, Mr. Reese obviously possesses relevant and discoverable information.

Plaintiffs began seeking to depose Mr. Reese over six months ago. *See* Exhibit 2. After conferring with Defendants' counsel, Plaintiffs noticed Mr. Reese's deposition for May 22, 2007. *See* Exhibit 3. Mr. Reese failed to appear on that date for his deposition. Defendants' counsel stated that:

> I had hoped and agreed to schedule . . . Melvin Reese's deposition today at the time scheduled.
>
> It's my understanding that Sergeant Reese was employed by the D.C. Department of Corrections and as protocol and practice of the office, made effort to facilitate that deposition to go forward.
>
> This morning I just learned that Sergeant Reese has separated from the Department, is no longer employed by the District of Columbia and it is, indeed, doubtful that I will be able to secure his cooperation to go forward with the deposition in this pending litigation.

*See* Exhibit 4.

Thereafter, Plaintiffs sought last known contact information for Mr. Reese. *See* Exhibits 5-8. On July 11, 2007, Defendants' counsel provided a post office box address for Mr. Reese. *See* Exhibit 9. Plaintiffs' counsel subsequently identified a corresponding street address, 6112 Surrey Square Lane, Apartment 204, District Heights, MD 20747-2917. *See* McNish Decl. ¶ 3. On August 1, 2007, at 7:30 a.m., a process server served Mr. Reese at that address with a subpoena issued pursuant to Rule 45. The subpoena directed Mr. Reese to appear to testify at a deposition on August 20, 2007, at 10:00 a.m., at the offices of Covington & Burling LLP. *See* Exhibits 10-11. The process server also tendered the statutory fact-witness fee and mileage allowance, as required under Rule 45(b)(1) and 28 U.S.C. § 1821. *See* Exhibit 12.

On August 13, 2007, Plaintiffs' counsel telephoned Mr. Reese to confirm his attendance at the scheduled August 20, 2007 deposition. During two telephone calls with Plaintiffs' counsel, Mr. Reese repeatedly indicated that he did not intend to appear for his deposition.

Mr. Reese offered no explanation for his refusal to appear other than that he no longer worked for the District of Columbia Department of Corrections and "d[id] not have anything to say." Mr. Reese also stated that he would "plead the Fifth if [he] was to come anyway." Plaintiffs' counsel made a further attempt to contact Mr. Reese and left a voice mail message encouraging him to appear on August 20, 2007, or, if that date was inconvenient, to arrange to appear on another date. *See* McNish Decl. ¶ 4.

On August 20, 2007, Mr. Reese failed to appear for his deposition. *See* Exhibit 13.

### ARGUMENT

A non-party witness with knowledge that is relevant to a claim or defense of a party, such as Mr. Reese, may be compelled to appear for deposition pursuant to a subpoena issued under Rule 45. *See* Fed. R. Civ. P. 30(a)(1); *Watts v. Sec. & Exch. Comm'n*, 482 F.3d 501, 507 (D.C. Cir. 2007). Because Mr. Reese failed to comply with the subpoena served on him, Plaintiffs now request that this Court issue an order enforcing the subpoena and compelling Mr. Reese's deposition.

### STATEMENT OF COMPLIANCE WITH LOCAL RULE 7(m)

Pursuant to Local Rule 7(m), Plaintiffs' counsel conferred with Defendants' counsel, who indicated that Defendants will not take a position on this Motion.

WHEREFORE, Plaintiffs respectfully request that this Motion be granted and that the Court enter the proposed Order submitted herewith.

- 4 -

Dated: October 12, 2007

Respectfully submitted,


/s/ Kimberly S. McNish
Edward H. Rippey (DC Bar No. 450462)
Timothy L. Jucovy (DC Bar No. 481470)
Edward M. Mathias (DC Bar No. 479264)
Kimberly S. McNish (DC Bar No. 493698)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
Phone: (202) 662-6000
Fax:    (202) 662-6291

Douglas R. Sparks (DC Bar No. 296921)
SPARKS & SILBER, LLP
3221 M Street, NW
Washington, DC  20007
Phone: (202) 338-0687
Fax:    (202) 333-0858

Philip Fornaci (DC Bar No. 434824)
Ivy Lange (DC Bar No. 488147)
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS
AND URBAN AFFAIRS
11 Dupont Circle, Suite 400
Washington, DC  20036
Phone: (202) 319-1000
Fax:    (202) 319-1010

*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October, 2007, a copy of the foregoing Plaintiffs' Motion to Enforce Subpoena and Compel Deposition of Melvin Reese was served by electronic mail on:

> George E. Rickman
> Civil Litigation Division
> General Litigation Section IV
> Government of the District of Columbia
> Office of the Attorney General
> 441 Fourth Street, NW
> Sixth Floor North
> Washington, DC  20001

and by first class mail on the following:

> Melvin Reese
> 6112 Surrey Square Lane
> Apartment 204
> District Heights, MD  20747-2917

/s/ Kimberly S. McNish
Kimberly S. McNish (DC Bar No. 493698)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
Phone: (202) 662-6000
Fax:    (202) 662-6291